**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**


YOLANDA ROSS                                          Plaintiff

v.                          1:10CV00098 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                              Defendant


## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 17th day of November, 2011.


_____
UNITED STATES DISTRICT JUDGE